UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HAYES, et al.,

                    Plaintiff(s),

- against -

NATIONAL DCP, LLC, et al.,

                    Defendant(s).
----------------------------------------------------------------X

**ORDER**

17 Civ. 9976 (NSR)

Román, D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is

    ORDERED, that the Final Pretrial Conference scheduled for January 31, 2020 and the Jury selection/trial scheduled to commence on February 11, 2020 both be adjourned *sine die*, it is further

    ORDERED, that the Motions in Limine (ECF Nos. 28 and 30) are denied without prejudice and the Clerk of the Court is requested to terminate the motions (ECF Nos. 28 and 30), and it is further

    ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

                                                          SO ORDERED.

Dated:    White Plains, New York
             January 9, 2020

                                                          Nelson S. Román, U.S.D.J.